**Order entered September 30, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-00795-CV**
**No. 05-16-01115-CV**

## IN THE INTEREST OF K.K.W., A MINOR CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-12034-R**

## ORDER

Before the Court is appellant's September 21, 2016 motion to consolidate. We **GRANT** appellant's motion and **ORDER** appellate cause number 05-16-01115-CV consolidated into cause number 05-16-00795-CV. We **DIRECT** the Clerk of the Court to transfer all documents from appellate cause number 05-16-01115-CV into cause number 05-16-00795-CV. For administrative purposes, appellate cause number 05-15-01115-CV is treated as a closed case. The parties, Dallas County District Clerk Felicia Pitre, and court reporter Janet Saavedra shall now use cause number 05-16-00795-CV when referencing this appeal.

As per the September 15, 2016 order, the reporter's record from the hearing on petitioner's motion to set security and injunction pending appeal remains due on **September 30, 2016**. The verified or certified copy of the trial court's findings of fact and conclusions of law regarding the August 24, 2016 order for security bond remains due on **October 15, 2016**.

The clerk's and reporter's records are due to be filed on or before December 22, 2016.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre, Ms. Saavedra, and counsel for the parties.

/s/     CRAIG STODDART
             JUSTICE